**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
                                        (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Point.360, a California corporation |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | DVDs on the Run, Inc.; International Video Conversions, Inc. <br> Movie Q; Eden FX; Modern VideoFilm; Visual Sound Closed Captioning Services <br> Digital Film Labs |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 0 1 – 0 8 9 3 3 7 6 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 2701 Media Center Drive <br> Number    Street | Number    Street |
| | | | P.O. Box |
| | | Los Angeles        CA       90065 <br> City            State    ZIP Code | City            State    ZIP Code |
| | | Los Angeles <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number    Street |
| | | | City            State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.point360.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Debtor    Point.360, a California corporation
_____
Name

Case number *(if known)*_____

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.naics.com/search/ .

<u>5 1</u>  <u>2 1</u> 1 0 ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❑ A plan is being filed with this petition.

  ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes.  District _____  When _____  Case number _____
                                             MM / DD / YYYY

         District _____  When _____  Case number _____
                                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❑ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                        MM / DD / YYYY

         Case number, if known _____

| Debtor | Point.360, a California corporation | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

City _____ State _____ ZIP Code _____

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Point.360, a California corporation | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0–$50,000
- ☐ $50,001–$100,000
- ☐ $100,001–$500,000
- ☐ $500,001–$1 million
- ☐ $1,000,001–$10 million
- ☑ $10,000,001–$50 million
- ☐ $50,000,001–$100 million
- ☐ $100,000,001–$500 million
- ☐ $500,000,001–$1 billion
- ☐ $1,000,000,001–$10 billion
- ☐ $10,000,000,001–$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/10/2017
                    MM / DD / YYYY

✖ /s/ Haig S. Bagerdjian                          Haig S. Bagerdjian
Signature of authorized representative of debtor   Printed name

Title   President

**18. Signature of attorney**

✖ /s/ Lewis R. Landau                          Date   10/10/2017
Signature of attorney for debtor                       MM / DD / YYYY

Lewis R. Landau
Printed name

Lewis R. Landau, Attorney at Law
Firm name

22287 Mulholland Hwy., # 318
Number        Street

Calabasas                                          CA        91302
City                                               State     ZIP Code

(888)822-4340                                      Lew@Landaunet.com
Contact phone                                      Email address

143391                                             CA
Bar number                                         State

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau, Attorney at Law (SBN 143391)<br>22287 Mulholland Hwy., # 318<br>Calabasas, CA 91302<br>Voice & Fax: (888)822-4340<br>Email: Lew@Landaunet.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Point.360, a California corporation,<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-33468            .

2. The following financial data is the latest available information and refers to the debtor's condition on  03/31/2017    .
   a.  Total assets                                          $ 11,138,000.00
   b.  Total debts (including debts listed in 2.c., below)   $ 14,779,000.00
   c.  Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |

   d.  Number of shares of preferred stock _____
   e.  Number of shares of common stock  12,740,506_____
   Comments, if any:  Series A Junior Participating Preferred Stock expired on August 6, 2017.

3. Brief description of the Debtor's business:  Digital mastering, data conversion, video asset management, distribution

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:
   Haig S. Bagerdjian
   Medley Opportunity Fund II, LP

**Fill in this information to identify the case:**

Debtor name  Point.360, a California corporation

United States Bankruptcy Court for the:  Central _____ District of  California
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 See attached addendum. | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

POINT.360 AP

**TOP 20 LARGEST UNSECURED CREDITORS**

| BALANCE | D/C/U* U* | NAME | STREET ADDRESS | CITY | STATE | ZIP | CONTACT | PHONE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 6,284,000.00 U* | | MEDLEY OPPORTUNITY FUND II, LP | 375 Park Avenue, 33rd Floor | New York | NY | 10152 | | | DSchoelen@LPC.com |
| 927,522.30 | | REEP-OFC 2300 EMPIRE CA LLC | 2300 Empire Ave., Suite 175 | Burbank | CA | 91504 | Danielle Schoelen | 818-334-4043 | info@ttc.lacounty.gov |
| 242,906.78 | | L.A. COUNTY TAX COLLECTOR | Box 514818 | Los Angeles | CA | 90051 | | 213-620-7948 | |
| 175,947.28 | | BLUE SHIELD OF CALIFORNIA | PO Box 749415 | Los Angeles | CA | 90074 | | | |
| 142,155.35 | | LEAFS PROPERTIES, LP | 1333 Camino Del Rio S., # 310 | San Diego | CA | 92108 | Bridget Kotz | 619-297-3900 | Bridget.Blei@SeaPropertyManagement.com |
| 142,152.77 | | UNITED HEALTHCARE INSURANCE CO | Dept. 6940 | Los Angeles | CA | 90084 | Judy Eastin | 714-226-4178 | Judy.Eastin@uhc.com |
| 131,384.54 | | WILCON | 624 S. Grand Ave., Suite 2500 | Los Angeles | CA | 90017 | Candelario Andalon | 213-550-5218 | candalon@wilcon.com |
| 96,776.30 | | MEDIA STORAGE GROUP | 3759 Cahuenga Blvd. | Studio City | CA | 91604 | Eric Johnson | 818-423-2088 | eric@mediastoragegroup.com |
| 78,092.21 | | TROY GOULD PC | 1801 Century Park East, #1600 | Los Angeles | CA | 90067 | William Gould | 310-553-4441 | WGould@troygould.com |
| 72,187.50 | | SUB-TECH LOCALIZATION SVS | 345 Gulf Stream Way | Costa Mesa | CA | 92627 | Jeremy Stewart | 323-252-0931 | invoices@sub-techs.com |
| 64,102.58 | | ZAYO GROUP | 1821 30th Street - Unit A | Boulder | CO | 80301 | Al Ruiz | 213 283 3637 | al.ruiz@zayo.com |
| 51,987.36 | | SONY ELECTRONICS INC. | One Sony Drive | Park Ridge | NJ | 7656 | Victoria Jaime | | Victoria.Jaime@am.sony.com |
| 48,062.80 | | SOHONET, INC. | 12960 Culver Blvd., Suite 100A | Los Angeles | CA | 90066 | Saundra Dunbar | 310-449-8600 | saundra.dunbar@sohonet.com |
| 45,225.15 | | AMERICAN EXPRESS | 1801 NW 66th Ave., Suite 103C | Plantation | FL | 33313 | Gregory E. Galterio | 212-687-3000 Ex. 2526 | ggalterio@giffeandasher.com |
| 42,500.00 | | SIGNIANT, INC. | 91 Hartwell Ave, 2nd Floor | Lexington | MA | 02421 | Jim Whelehan | 310.344.5726 | JWhelehan@signiant.com |
| 41,624.79 | | SFERA STUDIOS LLC | 2400 W. Empire Ave. | Burbank | CA | 91504 | Joanna Blei | 818-260-2054 | Joanna.Blei@bvdeluxe.com |
| 40,467.66 | | ACCO ENGINEERED SYSTEMS | 6265 San Fernando Road | Glendale | CA | 91201 | Eric Smith | 213-612-9900 | smith@nmhlawyers.com |
| 38,877.64 | | AFCO | 4501 College Blvd, Suite 320 | Leawood | KS | 66211 | Steven Nelson | 800-288-6901 | Steven.Nelson@Marsh.com |
| 34,794.56 | | LA MEDIA CENTER OWNERS ASSOC. | PO Box 697 | Camarillo | CA | 93011 | | 805-753-9946 | Accounting@araraponnes.com |
| 27,318.70 | | SFERA LAB LLC | 2400 W. Empire Ave. | Burbank | CA | 91504 | Joanna Blei | 818-260-2054 | Joanna.Blei@bvdeluxe.com |

* D/C/U: Disputed, Contingent or Unliquidated
* Amount of Medley unsecured deficiency claim is unliquidated at this time.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau, Attorney at Law (SBN 143391)<br>22287 Mulholland Hwy., # 318<br>Calabasas, CA 91302<br>Voice & Fax: (888)822-4340<br>Email: Lew@Landaunet.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Point.360, a California corporation,<br><br><br><br><br><br><br>                                          Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of
__21__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.


Date: ___10/10/2017_____     /s/ Haig S. Bagerdjian_____
                                   Signature of Debtor 1


Date: _____     _____
                                   Signature of Debtor 2 (joint debtor) (if applicable)


Date: ___10/10/2017_____     /s/ Lewis R. Landau_____
                                   Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Point.360
c/o Haig S. Bagerdjian
2701 Media Center Drive
Los Angeles, CA 90065


Lewis R. Landau
Attorney at Law
22287 Mulholland Hwy. # 318
Calabasas, CA 91302

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591


California Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


California State Board of Equalization
Special Procedures Section, MIC 29
PO Box 942879
Sacramento, CA 94279-0029


Franchise Tax Board
Attention: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


Mark J Saladino
Los Angeles County Tax Collector
225 North Hill St  Rm 160
Los Angeles, CA 90012

ACCO ENGINEERED SYSTEMS
6265 SAN FERNANDO ROAD
GLENDALE CA 91201


ADP, INC
PO BOX 31001-1874
PASADENA CA 91110-1874


ADVANCED DIGITAL TECH., INC
1225 WEST 190TH ST., SUITE 460
GARDENA CA 90248


AFCO
DEPT LA 21315
PASADENA CA 91185-1315


AFTRA
P. O. BOX 19260
NEWARK NJ 07195-0260


ALLIED ROOFING & WATERPROOFING
1514 10TH STREET
SANTA MONICA CA 90401


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-0001

AMERICAN STOCK TRANSFER & TRUST CO.,
INC
PO BOX 12893
PHILADELPHIA PA 19176-0893


APPLEONE EMPLOYMENT SERVICES
P.O. BOX 29048
GLENDALE CA 91209-9048


ATLAS SPECIALTY LIGHTING
P.O. BOX 1300
HIALEAH FL 33011


AUDIO INTERVISUAL DESIGN, INC.
1155 N. LA BREA AVE
W. HOLLYWOOD CA 90038


BAUMANN, JOHN S.
36 HURRICANE STREET
MARINA DEL REY CA 90292


BITTREE, INC
P.O. BOX 3764
GLENDALE CA 91221-0764

BLUE SHIELD OF CALIFORNIA
PO BOX 749415
LOS ANGELES CA 90074-9415


BRUCE'S ENTERTAINMENT & MEDIA
SOLUTIONS
P.O. BOX 206
CASTAIC CA 91310-0206


BURBANK WATER AND POWER
P.O. BOX 631
BURBANK CA 91503-0631


CANON SOLUTIONS AMERICA, INC.
15004 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO IL 60675-5723


CIGNA
5476 COLLECTIONS CENTER DR
CHICAGO IL 60693

CINTAS CORPORATION
PO BOX 631025
CINCINNATI OH 45263-1025


COUNTY OF ORANGE
PO BOX 1438
SANTA ANA CA 92702-1438


DAYSTROM TECHNOLOGY GROUP
3182 CAMPUS DRIVE, SUITE 401
SAN MATEO CA 94403


DE LAGE LANDEN FINANCIAL SERVICE
PO BOX 41602
PHILADELPHIA PA 19101-1602


DELL MARKETING L.P.
PO BOX 910916
PASADENA CA 91110-0916


DIGITAL RIVER, INC.
LOCKBOX 88278 88278 EXPEDITE WAY
CHICAGO IL 60695-0001


DIRECTV
PO BOX 105249
ATLANTA GA 30348-5249

DUN & BRADSTREET
P.O. BOX 75434
CHICAGO IL 60675-5434


FEDERAL EXPRESS
PO BOX 7221
PASADENA CA 91109-7321


FIRST CHOICE SERVICES
10907 PAINTER AVE
SANTA FE SPRINGS CA 90670


FRONTLINE, LLC
1640 ARD EEVIN AVENUE
GLENDALE CA 91202


GAS COMPANY, THE
P. O. BOX C
MONTEREY PARK CA 91756


GOLDEN STATE LOCK & SAFE SERVICE
3517 W. BURBANK BLVD.
BURBANK CA 91505

HARBOR CENTER PARTNERS
2222 EAST SEVENTEENTH ST
SANTA ANA CA 92705


HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BLVD., 12TH FLR
ENCINO CA 91436


HKG, LLP
50 E. FOOTHILL BLVD., SUITE 350
ARCADIA CA 91006


HOLTHOUSE CARLIN & VAN TRIGT LLP
FILE 1404 1801 W. OLYMPIC BLVD.
PASADENA CA 91199-1404


HOME DEPOT/GECF
DEPT. 32 - 2501744225 PO BOX 9055
DES MOINES IA 50368-9055


HULA POST PRODUCTION
1111 S. VICTORY BLVD.
BURBANK CA 91502


HWAY LLC
14140 VENTURA BLVD., SUITE 201
SHERMAN OAKS CA 91423

IBM
PO BOX 534151
ATLANTA GA 30353-4151


ITD PRINT SOLUTIONS
5220 PACIFIC CONCOURSE DR, SUITE 30
LOS ANGELES CA 90045


IVB MEDIA SERVICES, INC.
5542 SATSUMA AVENUE
NORTH HOLLYWOOD CA 91601


JMG SECURITY SYSTEMS, INC.
17150 NEWHOPE STREET SUITE 109
FOUNTAIN VALLEY CA 92705


JULES AND ASSOCIATES, INC.
515 S. FIGUEROA ST., SUITE 1900
LOS ANGELES CA 90071


JULES AND ASSOCIATES, INC.
PO BOX 790448
ST. LOUIS MO 63179-0448

LA MEDIA TECH CENTER OWNERS ASSOC.
PO BOX 697
CAMARILLO CA 93011


LAW OFFICES OF SAM CHANDRA, APC
710 S. MYRTLE AVE., #600
MONROVIA CA 91016


LDP ASSOCIATES, INC.
1850 E. THUNDERBIRD ROAD
PHOENIX AZ 85022


LEAFS PROPERTIES, LP
1333 CAMINO DEL RIO S., # 310
SAN DIEGO CA 92108


LEGEND
PO BOX 926
ATWOOD CA 92811-0926


LINCOLN FINANCIAL GROUP
1333 N. CALIFORNIA BLVD., SUITE 345
WALNUT CREEK CA 94596


LIU & LIU LLP
350 S. FIGUEROA ST., SUITE 975
LOS ANGELES CA 90071

MCCABE & HOGAN, PC
19 S BOTHWELL STREET, SUITE 200
PALATINE IL 60067


MEDIA DISTRIBUTORS
1015 N. HOLLYWOOD WAY
BURBANK CA 91505


MEDIA STORAGE GROUP
4804 LAUREL CANYON BLVD. PO BOX 703
VALLEY VILLAGE CA 91607-3717


MERIT PROFILES
PO BOX 381
GROVER BEACH CA 93483


MESSENGERS & DISTRIBUTION
PO BOX 11794
BURBANK CA 91510


METLIFE - GROUP BENEFITS
PO BOX 804466
KANSAS CITY MO 64180-4466

MICOR ANALYTICS
7538 SAINT LOUIS AVENUE
SKOKIE IL 60076


MILLS TECHNIQUE, INC.
140 E. LEMON AVE.
MONROVIA CA 91016


MONOPRICE
11701 6TH STREET
RANCHO CUCAMONGA CA 91730


MONTANEZ ELECTRIC, INC.
608 HOLLISTER STREET
SAN FERNANDO CA 91340


NETCENTRA, INC.
556 RIVERDALE DRIVE, UNIT A
GLENDALE CA 91204


OFFICE SOLUTIONS
23303 LA PALMA AVE.
YORBA LINDA CA 92887-4773


OZ LAW GROUP, INC.
21700 OXNARD STREET, 7TH FLOOR
WOODLAND HILLS CA 91367

PACIFIC RADIO ELECTRONICS, INC
3031 THORNTON AVE.
BURBANK CA 91504


PARKING NETWORK
2300 EMPIRE AVE., SUITE 175
BURBANK CA 91504


PEDROZA GROUP, INC.
5021 VERDUGO WAY, SUITE 105 PMB 383
CAMARILLO CA 93012


PR NEWSWIRE, INC.
G.P.O. BOX 5897
NEW YORK NY 10087-5897


PUMPMAN
5020 BLEEKER STREET
BALDWIN PARK CA 91706-1706


RAB PRINTING SOLUTIONS
P.O. BOX 8660
NORTHRIDGE CA 91327

RED HAWK FIRE & SECURITY LLC
PO BOX 512250
LOS ANGELES CA 90051


REEP-OFC 2300 EMPIRE CA LLC
2300 EMPIRE AVE., SUITE 175
BURBANK CA 91504


RHYS TILLEY'S UNOCAL 76
1401 NO. HOLLYWOOD WAY
BURBANK CA 91505


SCENIC EXPRESSIONS, INC.
8238 LANKERSHIM BLVD.
NORTH HOLLYWOOD CA 91605


SDC CONSULTING, INC.
2824 N. BUENA VISTA STREET
BURBANK CA 91504


SFERA LAB LLC
PO BOX 749663
LOS ANGELES CA 90074-9663


SFERA STUDIOS LLC
PO BOX 749663
LOS ANGELES CA 90074-9663

SHRED-IT USA
28883 NETWORK PLACE
CHICAGO IL 60673-1288


SIGNIANT, INC.
91 HARTWELL AVENUE, 2ND FLOOR
LEXINGTON MA 02421


SINGER LEWAK LLP
10960 WILSHIRE BLVD., SUITE 700
LOS ANGELES CA 90024-3783


SMART & FINAL, INC
P.O BOX 910948
LOS ANGELES CA 90091-0948


SOHONET, INC.
DEPT LA 24489
PASADENA CA 91185-4489


SONY ELECTRONICS INC (P360)
P.O. BOX 100172
PASADENA CA 91189-0172

SOUTH COAST AIR QUALITY MANAGEMENT
DISTRICT
PO BOX 4943
DIAMOND BAR CA 91765-0943


STORAGECONTAINER.COM
835 WEST STATE STREET
ONTARIO CA 91762


SUB-TECHS LOCALIZATION SERVICES
345 GULF STREAM WAY
COSTA MESA CA 92627


SUPPLYWORKS
PO BOX 742056
LOS ANGELES CA 90074-2056


SWITCH, THE
PO BOX 12018
LEWISTON ME 04243-9494


TALX CORPORATION
4076 PAYSPHERE CIRCLE
CHICAGO IL 60674-4076

TEAC AMERICA, INC.
PO BOX 30479
LOS ANGELES CA 90030-0479


TELEPACIFIC COMMUNICATIONS
P.O. BOX 509013
SAN DIEGO CA 92150-9013


WILLIAM GOULD
TROY GOULD PC
1801 CENTURY PARK EAST 16TH FL
LOS ANGELES CA 90067-2367


TUNGSTEN NETWORK, INC.
PO BOX 535146
ATLANTA GA 30353-5146


ULINE
PO BOX 88741
CHICAGO IL 60680-1741


UNITED HEALTHCARE INSURANCE CO.
DEPT. 6940
LOS ANGELES CA 90084-6940

UNITED PARCEL SERVICE
ACCOUNT 1E9980 P.O. BOX  894820
LOS ANGELES CA 90189-4820


UNIVERSAL CITY STUDIOS LLC
PO BOX 56257
LOS ANGELES CA 90074-6257


VISION SERVICE PLAN
3333 QUALITY DRIVE
RANCHO CORDOVA CA 95670


VISION SERVICE PLAN
3333 QUALITY DRIVE
RANCHO CORDOVA CA 95670


WASTE MANAGEMENT - SUN VALLEY
PO BOX 541065
LOS ANGELES CA 90054-1065


WEATHERITE CORPORATION
21211 COMMERCE POINTE DR.
WALNUT CA 91789


WELLS FARGO BANK
PO BOX 51043
LOS ANGELES CA 90051-5343

WILCON
624 S. GRAND AVE., SUITE 2500
LOS ANGELES CA 90017


WRI WEST GATE SOUTH LP
PO BOX 301074
DALLAS TX 75303-1074


ZAYO GROUP
PO BOX 952136
DALLAS TX 75395-2136


ZENITH INSURANCE COMPANY
FILE 50004
LOS ANGELES CA 90074-0004


ZOYSTER OFFICE PRODUCTS
26841 RUETHER AVE., SUITE G
SANTA CLARITA CA 91351


AUSTIN FINANCIAL SERVICES
11111 Santa Monica Blvd. #1000
Los Angeles, CA 90025-9823

MEDLEY CAPITAL CORPORATION
280 Park Avenue, 6th Floor East
New York, NY 10017


Medley Opportunity Fund II LP
375 Park Ave, 33rd Floor
New York, NY 10152


Ivan M. Gold Esq.
Allen Matkins et al
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111


Carey D. Schreiber
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193


Wells Fargo Financial Services LLC
PO Box 35701
Billings MT 59107


EPlus Technology, Inc.
13595 Dulles Technology Dr.
Herndon, VA 20171

Susquehanna Commercial Finance, Inc.
2 Country View Road, Suite 300
Malvern, PA 19355


US Bank Equipment Finance
PO Box 580337
Minneapolis, MN 55458


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne PA 19087