**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
22287 Mulholland Hwy., # 318
Calabasas, California 91302
Voice & Fax: (888) 822-4340
*Email: Lew@Landaunet.com*

[Proposed] Attorney for Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Point.360, a California corporation,<br>dba DVDs on the Run, Inc.<br>dba Digital Film Labs<br>dba International Video Conversions, Inc.<br>dba Modern VideoFilm<br>dba Movie Q<br>dba Visual Sound Closed Captioning Services<br>dba Eden FX<br>                              Debtor.<br><br>Debtor's EIN: 01-0893376<br>Address:  2701 Media Center Drive<br>              Los Angeles, CA 90065 | Case No.: 2:17-bk-22432 WB<br>Chapter 11<br><br>**STATEMENT OF RELATED CASES; DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR; CORPORATE RESOLUTION AUTHORIZING FILING; CORPORATE OWNERSHIP STATEMENT**<br><br>Date:     *No Hearing Required*<br>Time:    *No Hearing Required*<br>Place:    Courtroom 1375; Judge Brand<br>             United States Bankruptcy Court<br>             255 E. Temple Street, 13th Floor<br>             Los Angeles, CA 90012 |

-1-

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Not applicable.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Not applicable.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Not applicable.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Not applicable.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles , California

Date: 10/24/2017

_____
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 1015-2.1.STMT.RELATED.CASES

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

In re   Point.360, a California corporation

Case No. 2:17-bk-22432 WB

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  46,138.59  [Chapter 11 retainer]

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $  58,662.91  [See, ECF # 29]

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  Accruing

2. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in ~~adversary proceedings and~~ other contested bankruptcy matters;

    e.    [Other provisions as needed]
        Proposed services are disclosed in detail in attorney's employment application filed October 19, 2017; ECF # 29.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Excluded services are disclosed in detail in attorney's employment application filed October 19, 2017; ECF # 29.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/24/2017        /s/ Lewis R. Landau
*Date*        *Signature of Attorney*

        Lewis R. Landau, Attorney at Law
        *Name of law firm*

## Resolution Authorizing Chapter 11 Filing

The undersigned, constituting the all the directors of the board of Point.360, a California corporation ("Corporation") acting in accordance with the bylaws of the corporation and applicable law, hereby unanimously consent to the adoption of the following resolutions and waive notice thereof:

WHEREAS, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Bankruptcy Code;

BE IT THEREFORE RESOLVED, that the corporation shall forthwith file a petition under chapter 11 of the bankruptcy code;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to execute and deliver all documents necessary to perfect the filing of such Chapter 11 voluntary bankruptcy case on behalf of the Corporation, including, but not limited to, the voluntary petition and all schedules and exhibits attached thereto;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that the Corporation is authorized and directed to employ, Lewis R. Landau, Attorney-at-Law to represent it in such Chapter 11 bankruptcy proceeding.

This consent may be executed by facsimile and shall be effective for all purposes upon execution thereof.

_____
Director

_____
Director

_____
Director

_____
Director

_____
Director

### Resolution Authorizing Chapter 11 Filing

The undersigned, constituting the all the directors of the board of Point.360, a California corporation ("Corporation") acting in accordance with the bylaws of the corporation and applicable law, hereby unanimously consent to the adoption of the following resolutions and waive notice thereof:

WHEREAS, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Bankruptcy Code;

BE IT THEREFORE RESOLVED, that the corporation shall forthwith file a petition under chapter 11 of the bankruptcy code;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to execute and deliver all documents necessary to perfect the filing of such Chapter 11 voluntary bankruptcy case on behalf of the Corporation, including, but not limited to, the voluntary petition and all schedules and exhibits attached thereto;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that the Corporation is authorized and directed to employ, Lewis R. Landau, Attorney-at-Law to represent it in such Chapter 11 bankruptcy proceeding.

This consent may be executed by facsimile and shall be effective for all purposes upon execution thereof.

_____
Director

_____
Director

_____
Director

_____
Director

_____
Director

## Resolution Authorizing Chapter 11 Filing

The undersigned, constituting the all the directors of the board of Point.360, a California corporation ("Corporation") acting in accordance with the bylaws of the corporation and applicable law, hereby unanimously consent to the adoption of the following resolutions and waive notice thereof:

WHEREAS, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Bankruptcy Code;

BE IT THEREFORE RESOLVED, that the corporation shall forthwith file a petition under chapter 11 of the bankruptcy code;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to execute and deliver all documents necessary to perfect the filing of such Chapter 11 voluntary bankruptcy case on behalf of the Corporation, including, but not limited to, the voluntary petition and all schedules and exhibits attached thereto;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that the Corporation is authorized and directed to employ, Lewis R. Landau, Attorney-at-Law to represent it in such Chapter 11 bankruptcy proceeding.

This consent may be executed by facsimile and shall be effective for all purposes upon execution thereof.

Director  *R. DeLang*

Director _____

Director _____

Director _____

Director _____

## Resolution Authorizing Chapter 11 Filing

The undersigned, constituting the all the directors of the board of Point.360, a California corporation ("Corporation") acting in accordance with the bylaws of the corporation and applicable law, hereby unanimously consent to the adoption of the following resolutions and waive notice thereof:

WHEREAS, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Bankruptcy Code;

BE IT THEREFORE RESOLVED, that the corporation shall forthwith file a petition under chapter 11 of the bankruptcy code;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to execute and deliver all documents necessary to perfect the filing of such Chapter 11 voluntary bankruptcy case on behalf of the Corporation, including, but not limited to, the voluntary petition and all schedules and exhibits attached thereto;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that the Corporation is authorized and directed to employ, Lewis R. Landau, Attorney-at-Law to represent it in such Chapter 11 bankruptcy proceeding.

This consent may be executed by facsimile and shall be effective for all purposes upon execution thereof.

_____
Director

_____*[signature]*_____
Director

_____
Director

_____
Director

_____
Director

## Resolution Authorizing Chapter 11 Filing

The undersigned, constituting the all the directors of the board of Point.360, a California corporation ("Corporation") acting in accordance with the bylaws of the corporation and applicable law, hereby unanimously consent to the adoption of the following resolutions and waive notice thereof:

WHEREAS, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Bankruptcy Code;

BE IT THEREFORE RESOLVED, that the corporation shall forthwith file a petition under chapter 11 of the bankruptcy code;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to execute and deliver all documents necessary to perfect the filing of such Chapter 11 voluntary bankruptcy case on behalf of the Corporation, including, but not limited to, the voluntary petition and all schedules and exhibits attached thereto;

BE IT FURTHER RESOLVED, that Haig Bagerdjian, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that the Corporation is authorized and directed to employ, Lewis R. Landau, Attorney-at-Law to represent it in such Chapter 11 bankruptcy proceeding.

This consent may be executed by facsimile and shall be effective for all purposes upon execution thereof.

_____
Director

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau (CA Bar No. 143391)<br>Attorney-at-Law<br>22287 Mulholland Hwy., # 318<br>Calabasas, CA  91302<br>Voice and Fax: (888)822-4340<br>Email: Lew@Landaunet.com | |
| ☒ *Attorney for:* Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Point.360, a California corporation,<br><br>Debtor(s). | CASE NO.: 2:17-bk-22432 WB<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s),<br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* John Schweizer_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1                                    **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ☐ I am the attorney for the Debtor corporation

2. a. ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   Robert A. Jones
   Haig S. Bagerdjian
   Medley Capital Corporation (Medley Opportunity Fund II LP)

   [For additional names, attach an addendum to this form.]

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 10/23/2017

By: _____
Signature of Debtor or attorney for Debtor

Name: John Schweizer, VP, Controller & Secretary
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 2  F 1007-4.CORP.OWNERSHIP.STMT