**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
22287 Mulholland Hwy., #318
Calabasas, California 91302
Voice and Fax: (888) 822-4340
*Email: Lew@Landaunet.com*

Attorney for Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:17-bk-22432 WB |
| Point.360, a California corporation, dba DVDs on the Run, Inc.; dba Digital Film Labs; dba International Video Conversions, Inc.; dba Modern VideoFilm; dba Movie Q; dba Visual Sound Closed Captioning Services; dba Eden FX, | Chapter 11 **PRELIMINARY OPPOSITION TO MOTION BY MEDLEY CAPITAL CORPORATION AND MEDLEY OPPORTUNITY FUND II LP FOR ADEQUATE PROTECTION** |
| Debtor. Debtor's EIN: 01-0893376 Address: 2701 Media Center Drive Los Angeles, CA 90065 | Date: January 11, 2018 Time: 10:00 a.m. Place: Courtroom 1375; Judge Brand United States Bankruptcy Court 255 E. Temple Street, 13th Floor Los Angeles, CA 90012 |

Point.360, a California corporation and Debtor in Possession ("Debtor"), herein files the

Debtor's <u>preliminary</u> opposition to the Motion of Medley Capital Corporation and Medley

Opportunity Fund II, LP for Adequate Protection of Its Interests in Property [ECF # 79]

("Motion").

///

///

///

1 | Debtor intends to file a further memorandum of points and authorities in support of its
2 | opposition pursuant to the Local Bankruptcy Rules, however, at this time, Debtor alleges that the
3 | Motion fails to carry the movants' burden of proof in the matter and should be denied.  Debtor
4 | intends to forthwith commence discovery in the matter and reserves all rights to present further
5 | argument and evidence in support of denial of the Motion or for the continuance of the Motion.
6 | For all these reasons, Debtor requests that the Court deny the Motion.

Dated:  December 19, 2017          **Lewis R. Landau**
**Attorney at Law**


By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorney for the Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

22287 Mulholland Hwy., # 318
Calabasas, CA 91302

A true and correct copy of the foregoing document entitled (*specify*): _____
PRELIMINARY OPPOSITION TO MOTION BY MEDLEY CAPITAL CORPORATION AND MEDLEY OPPORTUNITY
FUND II LP FOR ADEQUATE PROTECTION _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/19/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/19/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Brand, US Bankruptcy Court, 255 E Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/19/2017 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| In re: Point.360, a California corporation | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:17-bk-22432 WB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

NEF Service List (category I):

William S Brody on behalf of Creditor Austin Financial Services, Inc.
wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

Sara Chenetz on behalf of Interested Party Sara L. Chenetz
schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com

Peter A Davidson on behalf of Interested Party Courtesy NEF
pdavidson@ecjlaw.com, lpekrul@ecjlaw.com

Brian T Harvey on behalf of Creditor Austin Financial Services, Inc.
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

Lewis R Landau on behalf of Debtor Point.360, a California Corporation
Lew@Landaunet.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Shane J Moses on behalf of Interested Party Courtesy NEF
smoses@ml-sf.com, csnell@ml-sf.com

Justin E Rawlins on behalf of Creditor Medley Capital Corporation
jrawlins@winston.com, docketla@winston.com

Justin E Rawlins on behalf of Creditor Medley Opportunity Fund II LP
jrawlins@winston.com, docketla@winston.com

Andrea C Rosati on behalf of Creditor LEAFS LP
andrea@fsgjlaw.com, linh@fsgjlaw.com

Lisa Seabron on behalf of Creditor WRI West Gate South, L.P.
lseabron@weingarten.com

Ronald A Spinner on behalf of Creditor Softitler dba Deluxe Localization Sfera
spinner@millercanfield.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Latonia Williams on behalf of Creditor UnitedHealthcare Insurance Company
lwilliams@goodwin.com, bankruptcy@goodwin.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**