**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
22287 Mulholland Hwy., # 318
Calabasas, California 91302
Voice & Fax: (888) 822-4340
Email:  Lew@Landaunet.com

Attorney for Debtor and
Debtor in Possession

FILED & ENTERED

DEC 19 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bryant    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Point.360, a California corporation,<br>dba DVDs on the Run, Inc.<br>dba Digital Film Labs<br>dba International Video Conversions, Inc.<br>dba Modern VideoFilm<br>dba Movie Q<br>dba Visual Sound Closed Captioning Services<br>dba Eden FX<br>       Debtor.<br><br>Debtor's EIN: 01-0893376<br>Address:  2701 Media Center Drive<br>     Los Angeles, CA 90065 | Case No.: 2:17-bk-22432 WB<br>Chapter 11<br><br>**FINAL ORDER RE USE OF CASH COLLATERAL**<br><br><br><br>Date:  December 14, 2017<br>Time:  10:00 a.m.<br>Place:  Courtroom 1375; Judge Brand<br>     United States Bankruptcy Court<br>     255 E. Temple Street, 13th Floor<br>     Los Angeles, CA 90012 |

   On December 14, 2017 at 10:00 a.m., the Court held a final hearing on the motion [ECF #s 2, 16, 67] (the "Motion") filed by Point.360, a California corporation (the "Debtor") to use cash collateral. Appearances were made as noted on the record.

   The Court, having considered the Debtor's request for entry of a final order on the Motion and considering the Court's ruling granting Debtor's Motion for Entry of Orders (1) Approving Post-Petition Financing and Related Liens and Adequate Protection; (2) Approving Cash Collateral Use and Related Liens and Adequate Protection, and (3) Granting Related Relief [ECF # 55] (the "DIP Motion"), and finding good cause, hereby **ORDERS** as follows:

   1.  The Motion is granted on a final basis.  The terms of the Order Granting Motion for

1 | Interim Use of Cash Collateral [ECF # 14] entered on October 12, 2017 (the "Interim Order") are
2 | hereby incorporated herein as the Court's final order on the Motion.
3 |     2.    Debtor is authorized to use cash collateral through the earlier of (a) entry of the
4 | Court's order on the DIP Motion or (b) December 31, 2017, pursuant to the terms of the Interim
5 | Order as incorporated herein.
6 |     **IT IS SO ORDERED.**
7 | Approved as to form and content:
8 | **Buchalter, a Professional corporation**
9 |
10 |
11 | By:*/s/ William Brody [see attached PDF image]*
William Brody
Brian T. Harvey
12 | Attorneys for Austin Financial Services, Inc.
13 |                             ###

24 | Date: December 19, 2017

*[Signature: Julia W. Brand]*
Julia W. Brand
United States Bankruptcy Judge

BN 31576958v2

Interim Use of Cash Collateral [ECF # 14] entered on October 12, 2017 (the "Interim Order") are hereby incorporated herein as the Court's final order on the Motion.

2. Debtor is authorized to use cash collateral through the earlier of (a) entry of the Court's order on the DIP Motion or (b) December 31, 2017, pursuant to the terms of the Interim Order as incorporated herein.

**IT IS SO ORDERED.**

###

Approved as to form and content:

**Buchalter, a Professional corporation**

By: _____
William Brody
Brian T. Harvey
Attorneys for Austin Financial Services, Inc.

-2-

BN 31576958v2