WINSTON & STRAWN LLP
JUSTIN E. RAWLINS (S.B. No. 209915)
IAN C. EISNER (S.B. No. 254490)
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone Number: (213) 615-1700
Facsimile Number: (213) 615-1750
jrawlins@winston.com
ieisner@winston.com

Counsel for Movants,
Medley Capital Corporation and Medley Opportunity Fund II LP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>POINT.360, a California corporation,<br>dba DVDs on the Run, Inc.<br>dba Digital Film Labs<br>dba International Video Conversions, Inc.<br>dba Modern VideoFilm<br>dba Movie Q<br>dba Visual Sound Closed Captioning Services<br>dba Eden FX<br><br>Debtor. | Case No. 2:17-bk-22432-WB<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF PETER BURTON IN SUPPORT OF MEDLEY CAPITAL CORPORATION AND MEDLEY OPPORTUNITY FUND II LP'S MOTION FOR ADEQUATE PROTECTION OF ITS INTERESTS IN PROPERTY**<br><br>Date: February 7, 2018<br>Time: 10:00 am<br>Place: Courtroom 1375; Judge Brand<br>Edward R. Roybal Federal Building<br>255 E. Temple Street, 13th Floor<br>Los Angeles, CA 90012 |

## SUPPLEMENTAL DECLARATION OF PETER BURTON

I, Peter Burton, declare as follows:

1. I am a Principal of Medley Capital Corporation ("MCC" and, together with Medley Opportunity Fund II LP ("MOF"), "Medley"). I have personal knowledge of the facts stated in this declaration, and could and would testify to these facts if called upon to do so.

2. This supplemental declaration is offered in (i) further support of Medley's motion for the entry of an order conditioning the use by the Debtor[1] of the Medley Collateral upon the grant of adequate protection to Medley pursuant to sections 361 and 363(e) of the Bankruptcy Code (ECF No. 79) (the "Motion"), (ii) reply to the Debtor's Preliminary Opposition (ECF No. 93) to the Motion, the Debtor's Opposition to the Motion (ECF No. 103), and Austin Financial Services, Inc.'s Limited Opposition to the Motion (ECF No. 102), and (iii) response to certain issues raised during the initial January 11, 2018 hearing on the Motion.

3. Attached hereto as Exhibits A through I is a true and correct copy of the Medley Loan File demonstrating that Medley is a secured creditor. The Medley Loan File includes the following documents:

   a. Term Loan Agreement, dated as of July 8, 2015, by and among Point.360, MCC and MOF (Exhibit A hereto);

   b. Security Agreement, dated as of July 8, 2015, by and among Point.360, MCC and MOF (Exhibit B hereto);

   c. Promissory Note, dated as of July 8, 2015, issued by Point.360 to MCC (Exhibit C hereto);

   d. Promissory Note, dated as of July 8, 2015, issued by Point.360 to MOF (Exhibit D hereto);

   e. Warrant to Purchase Shares of Common Stock of Point.360, dated as of July 2015, by and between Point.360 and MCC (Exhibit E hereto);

   f. Warrant to Purchase Shares of Common Stock of Point.360, dated as of July 2015, by and between Point.360 and MOF (Exhibit F hereto);

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1

g. Legal Opinion of TroyGould, dated as of July 8, 2015, delivered to MCC (Exhibit G hereto);

h. Perfection Certificate of Point.360, dated as of July 8, 2015, delivered to MCC and MOF (Exhibit H hereto); and

i. UCC-1 Financing Statements filed against Point.360 in favor of MCC and MOF, including the UCC filed by Medley against Point.360 on July 8, 2015, the Closing Date (Exhibit I hereto).

4. As set forth in the Medley Loan File, Medley is a secured creditor having duly perfected its first priority security interest in the Medley Collateral by filing a UCC with the California Secretary of State on July 8, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of January, 2018 in New York, New York.

_____
Peter Burton

2