PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
ALVIN MAR, State Bar No. 151482
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard Street, Suite 1850
Los Angeles, California 90017
(213) 894-4219 telephone
(213) 894-2603 facsimile
Email: alvin.mar@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

Point.360, a California Corporation

Debtor(s).

Case No.: 2:17-bk-22432-WB

Chapter 11

**NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following three (3) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: March 22, 2018

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
     PETER C. ANDERSON
     United States Trustee

- 1 -

# EXHIBIT A

# EXHIBIT A

# **EXHIBIT A**

In re: Point.360, a California Corporation; 2:17-bk-22432-WB

Media Storage Group
c/o Eric Johnson, CFO and owner
3759 Cahuenga Blvd. West
Studio City, CA  91604
Phone: 818-423-2088
Email: eric@mediastoragegroup.com

Sub-Techs
c/o Jeremy Stewart, President
345 Gulf Stream Way
Costa Mesa, CA  92627
Phone: 323-252-0931
Email: Jeremy.Stewart@Sub-Techs.com

Messengers
c/o Bobby Zahabizadeh, President and owner
P.O. Box 11794
Burbank, CA  91510
Phone: 818-955-7111
Facsimile: 818-955-7118
Email: Bobby@messengersinc.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Boulevard, Ste 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/22/2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 03/22/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 03/22/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 03/22/2018 | Helen Cruz | /s/ Helen Cruz |
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| David E Ahdoot on behalf of Creditor AFTRA Retirement Fund<br>dahdoot@bushgottlieb.com,<br>mrodriguez@bushgottlieb.com | | |
| David E Ahdoot on behalf of Creditor SAG-AFTRA<br>dahdoot@bushgottlieb.com,<br>mrodriguez@bushgottlieb.com | | |
| David E Ahdoot on behalf of Creditor SAG-AFTRA Health Fund<br>dahdoot@bushgottlieb.com,<br>mrodriguez@bushgottlieb.com | | |
| William S Brody on behalf of Creditor Austin Financial Services, Inc.<br>wbrody@buchalter.com,<br>dbodkin@buchalter.com;IFS_filing@buchalter.com | | |
| Sara Chenetz on behalf of Interested Party Sara L. Chenetz<br>schenetz@perkinscoie.com,<br>dlax@perkinscoie.com;cmallahi@perkinscoie.com | | |
| Peter A Davidson on behalf of Interested Party Courtesy NEF<br>pdavidson@ecjlaw.com, lpekrul@ecjlaw.com | | |
| W. Jeffery Fulton on behalf of Creditor US Bank National Association<br>jeff@jefffultonlaw.com,<br>Yvonne@jefffultonlaw.com | | |
| Brian T Harvey on behalf of Creditor Austin Financial Services, Inc.<br>bharvey@buchalter.com,<br>IFS_filing@buchalter.com;dbodkin@buchalter.com | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

F 9013-3.1.PROOF.SERVICE

Lewis R Landau on behalf of Debtor Point.360, a California Corporation
Lew@Landaunet.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Shane J Moses on behalf of Interested Party Courtesy NEF
smoses@ml-sf.com, csnell@ml-sf.com

Justin E Rawlins on behalf of Creditor Medley Capital Corporation
jrawlins@winston.com, docketla@winston.com

Justin E Rawlins on behalf of Creditor Medley Opportunity Fund II LP
jrawlins@winston.com, docketla@winston.com

Andrea C Rosati on behalf of Creditor LEAFS LP
andrea@fsgjlaw.com, linh@fsgjlaw.com

Lisa Seabron on behalf of Creditor WRI West Gate South, L.P.
lseabron@weingarten.com

Ronald A Spinner on behalf of Creditor Softitler dba Deluxe Localization Sfera
spinner@millercanfield.com

Arvin Tseng on behalf of Creditor TROY / GOULD PC
atseng@troygould.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Latonia Williams on behalf of Creditor UnitedHealthcare Insurance Company
lwilliams@goodwin.com, bankruptcy@goodwin.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

    Debtor:
    **Point.360, a California Corporation**
    2701 Media Center Drive
    Los Angeles, CA 90065

    Media Storage Group
    c/o Eric Johnson, CFO and owner
    3759 Cahuenga Blvd. West
    Studio City, CA 91604

    Sub-Techs
    c/o Jeremy Stewart, President
    345 Gulf Stream Way
    Costa Mesa, CA 92627

    Messengers
    c/o Bobby Zahabizadeh, President and owner
    P.O. Box 11794
    Burbank, CA 91510

3. **SERVED BY (state method for each person served):**

    **BY OVERNIGHT DELIVERY**

    Judge's Copy
    The Honorable Julia W. Brand
    U.S. Bankruptcy Court
    255 E. Temple Street
    9TH Floor – Judge's Bin
    Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE