**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
22287 Mulholland Hwy., # 318
Calabasas, California 91302
Voice & Fax: (888) 822-4340
*Email: Lew@Landaunet.com*

Attorney for Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Point.360, a California corporation,<br><br><br><br><br>Debtor. | Case No.: 2:17-bk-22432 WB<br>Chapter 11<br><br>**DEBTOR'S UPDATED STATUS REPORT RE DISCLOSURE STATEMENT PROCEEDINGS AND MEDLEY MEDIATION STIPULATION**<br><br><br>Date:   June 28, 2018<br>Time:   10:00 a.m.<br>Place:  Courtroom 1375; Judge Brand<br>             United States Bankruptcy Court<br>             255 E. Temple Street, 13th Floor<br>             Los Angeles, CA 90012 |

Point.360, a California corporation ("Point.360" or "Debtor") herein files the Debtor's status report concerning Debtor's pending disclosure statement approval proceedings.

///

///

///

///

///

-1-

1. Debtor timely filed its Disclosure Statement and Chapter 11 Plan on May 8, 2018. *See* ECF #s 231, 232. A Disclosure Statement approval hearing is currently set for June 28, 2018.

2. Debtor has received five (5) formal responses to its Disclosure Statement as well as informal contacts concerning the contents of the Disclosure Statement and Plan. The five (5) formal objections were filed by the United States Trustee ("UST") [ECF # 254]; California Physicians' Service, dba Blue Shield of California ("CPS") [ECF # 263]; Medley Capital Corporation and Medley Opportunity Fund II LP (collectively "Medley") [ECF # 265]; Austin Financial Services, Inc. ("Austin') [ECF # 267] and the Screen Actors Guild – American Federation of Televisions and Radio Artists ("SAG-AFTRA"), SAG-AFTRA Health Fund and AFTRA Retirement Fund (collectively "SAG-AFTRA") [ECF # 271]. Debtor has engaged in informal discussions with the estate's Creditors' Committee and UnitedHealthcare Insurance Company ("UH") concerning the Disclosure Statement and Plan.

3. Debtor intends to address all objections and comments in a first amended Disclosure Statement and Plan. However, Debtor, Medley and Deloitte Corporate Finance LLC and Deloitte Transactions and Business Analytics, LLP (collectively, "Deloitte") have just recently entered into a stipulation to standstill on their disputes within the case and in related adversary proceeding number 2:18-ap-01141 WB in favor of a voluntary mediation conference. *See* Exhibit 1 hereto ("Mediation Stipulation"). Pursuant to the Mediation Stipulation, the parties request that the Court continue the Disclosure Statement hearing until at least the first available hearing date after July 30, 2018.

4. In conjunction with proceedings related to plan confirmation, Debtor has moved to extend its plan acceptance exclusivity period. *See* ECF # 255. The hearing on Debtor's exclusivity extension motion is set for July 5, 2018 at 10:00 a.m. The Mediation Stipulation also provides for the continuance of the hearing on Debtor's exclusivity extension motion and for the extension of plan acceptance exclusivity through the continued Disclosure Statement hearing date.

///

///

1      5.      Based on the foregoing, the Debtor does not reply to the merits of the UST, CPS, Medley, Austin and SAG-AFTRA objections at this time and requests that all such matters be continued as set forth in the Mediation Stipulation in order to preserve the standstill of proceedings as contemplated in the Mediation Stipulation.

Dated:  June 21, 2018

**Lewis R. Landau**
**Attorney at Law**


By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorney for Debtor

# EXHIBIT 1

**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
22287 Mulholland Hwy., # 318
Calabasas, California 91302
Voice & Fax: (888) 822-4340
*Email: Lew@Landaunet.com*

Attorney for Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>POINT.360, a California corporation,<br><br>    Debtor. | Case No. 2:17-bk-22432-WB<br>Adv. No. 2:18-ap-01141-WB<br>Chapter 11 |
| POINT.360, a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>MEDLEY CAPITAL CORPORATION, a Delaware corporation, MEDLEY OPPORTUNITY FUND II, LP, a Delaware limited partnership, DELOITTE CORPORATE FINANCE, LLC, a Delaware limited liability company, and DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS, LLP, a Delaware limited liability partnership,<br><br>    Defendants. | **STIPULATION RE PENDING MATTERS AND FOR INTERIM STANDSTILL PENDING MEDIATION CONFERENCE**<br><br>Disclosure Statement Hearing:<br>Date:    June 28, 2018<br>Time:    10:00 a.m.<br>Place:    Courtroom 1375; Judge Brand<br>           U.S. Bankruptcy Court<br>           255 E. Temple Street, 13th Floor<br>           Los Angeles, CA 90012<br><br>Adversary Case Complaint Filed: May 8, 2018<br>Adversary Status Conference:<br>Date:    July 10, 2018<br>Time:    2:00 p.m.<br>Place:    Courtroom 1375; Judge Brand<br>           U.S. Bankruptcy Court<br>           255 E. Temple Street, 13th Floor<br>           Los Angeles, CA 90012 |

1  Point.360, a California corporation ("Debtor"), Medley Capital Corporation and Medley Opportunity Fund II LP (collectively, "Medley"), and Deloitte Corporate Finance LLC and Deloitte Transactions and Business Analytics, LLP (collectively, "Deloitte") herein stipulate regarding pending matters in the above captioned chapter 11 case and related adversary case and for an interim standstill and mediation conference as follows and request the Court's approval thereof:

    1.    Four (4) matters are pending before the Court:

        a.    Approval of Debtor's Disclosure Statement [ECF # 232] ("Disclosure Statement") set for June 28. 2018 at 10:00 a.m.;

        b.    Debtor's motion to extend its plan acceptance exclusivity period [ECF # 255] ("Exclusivity Motion") set for July 5, 2018 at 10:00 a.m.;

        c.    The Court's chapter 11 status hearing ("Status Conference") set concurrently with the Disclosure Statement hearing; and

        d.    A status conference in adversary proceeding number 2:18-ap-01141 WB ("Adversary Proceeding") set for July 10, 2018 at 2:00 p.m.

    2.    Debtor and Medley have agreed to the voluntary mediation of their disputes in the above-captioned chapter 11 case as well as the claims in the Adversary Proceeding. Adversary Proceeding defendant Deloitte has also agreed to voluntarily appear at the mediation conference. The parties are concurrently addressing logistical matters relating to selecting the mediator and scheduling the conference. Based on the anticipated mediation conference, the parties request that the Court address the pending matters as set forth herein.

    3.    The Disclosure Statement approval hearing currently set for June 28, 2018 shall be continued to the later of (i) the first available hearing date the week of July 30, 2018 or thereafter, or (ii) the first available hearing date that is fourteen (14) days or more from the date of the conclusion of the mediation or termination of the standstill. The hearing on the Exclusivity Motion and Status Conference shall be continued to the same date.

    4.    In accordance with Local Rule 9013-1(m)(4), all briefing deadlines are automatically extended based on the continued hearing date. The Debtor's plan acceptance

exclusivity period is extended through the date of the continued hearing on the Exclusivity Motion.

5. All dates and deadlines in the Adversary Proceeding shall be extended and postponed for at least thirty (30) days.

6. Medley, Deloitte and Debtor agree to otherwise refrain from initiating new matters, including discovery, in which relief is sought directly against the other pending the mediation conference. Such standstill does not apply to Debtor taking administrative actions in the case, or preclude either party from taking such actions as it deems necessary to preserve or protect its interests against imminent harm or loss.

7. Notwithstanding anything herein to the contrary, absent further agreement or Court order, Medley and Deloitte shall have the later of (a) thirty (30) days from the date of the conclusion of the mediation; or (b) seven (7) days from the filing of notice of termination of the standstill agreement pursuant to paragraph 8, below, to move, answer or otherwise respond to the Complaint in the Adversary Proceeding.

8. The voluntary standstill terminates upon the earlier of conclusion of the mediation conference or seven (7) days after Debtor, Medley or Deloitte files notice of termination of the standstill agreement which shall not be filed prior to thirty (30) days after entry of the order Assigning Matter to Mediation and Appointing Mediator and Alternative Mediator or such later date as the parties may agree in writing.

9. Upon termination of this standstill agreement, Medley and Deloitte shall be restored to the status quo ante, including the right at any time to seek or object to any other relief to which they are entitled.

10. This Court shall retain jurisdiction to enforce the provisions of this Order.

11. The parties otherwise expressly reserve all rights.

**IT IS SO STIPULATED.**

*Respectfully submitted*,

Dated: June ___, 2018           **Lewis R. Landau**
                                **Attorney at Law**

By: /s/ Lewis R. Landau
Lewis R. Landau
Attorney for the Debtor
Dated: June __, 2018    **Winston & Strawn, LLP**
By:_____
Justin E. Rawlins
Carey D. Schreiber
Jennifer M. Cecil
Attorneys for Medley
Dated: June 21, 2018    **Loeb & Loeb, LLP**
By: /s/
Lance N. Jurich
David A. Grossman
Attorneys for Deloitte

-4-

Attorney for the Debtor

Dated: June 21, 2018

**Winston & Strawn, LLP**

By: _____
Justin E. Rawlins
Carey D. Schreiber
Jennifer M. Cecil
Attorneys for Medley

Dated: June ___, 2018

**Loeb & Loeb, LLP**

By: _____
Lance N. Jurich
David A. Grossman
Attorneys for Deloitte

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

22287 Mulholland Hwy., # 318
Calabasas, CA 91302

A true and correct copy of the foregoing document entitled (*specify*): _____
 DEBTOR'S UPDATED STATUS REPORT RE DISCLOSURE STATEMENT PROCEEDINGS AND MEDLEY
 MEDIATION STIPULATION
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/21/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/21/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 Judge Brand, US Bankruptcy Court, 255 E Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/21/2018 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| In re: Point.360, a California corporation<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 2:17-bk-22432 WB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

NEF Service List (category I):

David E Ahdoot on behalf of Creditor AFTRA Retirement Fund dahdoot@bushgottlieb.com, mrodriguez@bushgottlieb.com
David E Ahdoot on behalf of Creditor SAG-AFTRA dahdoot@bushgottlieb.com, mrodriguez@bushgottlieb.com
David E Ahdoot on behalf of Creditor SAG-AFTRA Health Fund dahdoot@bushgottlieb.com, mrodriguez@bushgottlieb.com
Daren Brinkman on behalf of Creditor Committee Official Committee Unsecured Creditors office@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com
William S Brody on behalf of Creditor Austin Financial Services, Inc. wbrody@buchalter.com, dbodkin@buchalter.com; IFS_filing@buchalter.com
Sara Chenetz on behalf of Interested Party Sara L. Chenetz schenetz@perkinscoie.com, dlax@perkinscoie.com; cmallahi@perkinscoie.com;mduncan@perkinscoie.com
Peter A Davidson on behalf of Interested Party Courtesy NEF pdavidson@ecjlaw.com, lpekrul@ecjlaw.com
W. Jeffery Fulton on behalf of Creditor US Bank National Association jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
Brian T Harvey on behalf of Creditor Austin Financial Services, Inc. bharvey@buchalter.com, IFS_filing@buchalter.com; dbodkin@buchalter.com
Daniel P Hogan on behalf of Debtor Point.360, a California Corporation dhogan@mccabehogan.com, dhogan460@gmail.com
Daniel P Hogan on behalf of Plaintiff Point.360, a California Corporation dhogan@mccabehogan.com, dhogan460@gmail.com
Lance N Jurich on behalf of Defendant Deloitte Corporate Finance, LLC ljurich@loeb.com, karnote@loeb.com; ladocket@loeb.com
Lance N Jurich on behalf of Defendant Deloitte Transactions and Business Analytics, LLP ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
Lewis R Landau on behalf of Debtor Point.360, a California Corporation Lew@Landaunet.com
Lewis R Landau on behalf of Plaintiff Point.360, a California Corporation Lew@Landaunet.com
Alvin Mar on behalf of U.S. Trustee United States Trustee (LA) alvin.mar@usdoj.gov
David W. Meadows on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com
Shane J Moses on behalf of Interested Party Courtesy NEF smoses@ml-sf.com, csnell@ml-sf.com
Aleksandra Page on behalf of Creditor BB&T apage@ecf.inforuptcy.com
Justin E Rawlins on behalf of Creditor Medley Capital Corporation jrawlins@winston.com, docketla@winston.com; justin-rawlins-0284@ecf.pacerpro.com
Justin E Rawlins on behalf of Creditor Medley Opportunity Fund II LP jrawlins@winston.com, docketla@winston.com; justin-rawlins-0284@ecf.pacerpro.com
Michael B Reynolds on behalf of Creditor California Physicians' Service, dba Blue Shield of California mreynolds@swlaw.com, kcollins@swlaw.com
Kevin C Ronk on behalf of Creditor Committee Official Committee Unsecured Creditors Kevin@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com
Andrea C Rosati on behalf of Creditor LEAFS LP andrea@fsgjlaw.com, linh@fsgjlaw.com
Lisa Seabron on behalf of Creditor WRI West Gate South, L.P. lseabron@weingarten.com
Ronald A Spinner on behalf of Creditor Softitler dba Deluxe Localization Sfera spinner@millercanfield.com
Arvin Tseng on behalf of Creditor TROY / GOULD PC atseng@troygould.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Latonia Williams on behalf of Creditor UnitedHealthcare Insurance Company lwilliams@goodwin.com, bankruptcy@goodwin.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1