Daren R. Brinkman (CA Bar No. 158698)
Laura J. Portillo (CA Bar No.186813)
Kevin C. Ronk (CA Bar No. 241598)
firm@brinkmanlaw.com
BRINKMAN PORTILLO RONK, APC
4333 Park Terrace Drive, Ste. 205
Westlake Village, CA 91361
Tel: 818.597.2992 | Fax: 818.597.2998

*Counsel for Official Committee of Creditors Holding Unsecured Claims*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Point.360, a California corporation,<br><br>Debtor. | Chapter 11<br>Case No.: 2:17-bk-22432-WB<br><br>**COMMITTEE'S JOINDER IN DEBTORS' OPPOSITION TO MEDLEY CAPITAL CORPORATION AND MEDLEY OPPORTUNITY FUND II LP'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**<br><br>Date: May 31, 2019<br>Time: 10:00 am<br>Place: Courtroom 1375<br>255 E. Temple Street, 13th Floor<br>Los Angeles, CA 90012 |

The Official Committee of Unsecured Creditors (the "Committee") of Point.360, A California ("Debtor"), by and through the undersigned counsel, hereby files this *Committee's Joinder ( "Joinder") in Debtors' Opposition To Medley Capital Corporation and Medley Opportunity Fund II LP's Motion For Allowance and Payment of Administrative Expense* (ECF # 597) (the "Motion") and respectfully submits as follows:

## I.   INTRODUCTION

The Medley 507 Administrative Claim Motion fails for lack of any proof of the merits of the alleged Medley Administrative claim. Medley even concedes that it has a burden to show evidence of the value on the petition date compared to the current date. Yet, it offers no evidence of either value. Accordingly, the 507 Administrative claim motion must fail.

## II.   ARGUMENT

### A. MEDLEY 507 ADMINISTRATIVE CLAIM MOTION FAILS TO SATISFY ITS BURDEN OF PROVING ITS CLAIM UNDER SECTION 507

The Medley 507 Administrative Claim Motion offers no proof of the validity of the claim. Indeed, Medley concedes that it has a burden to show evidence of the value on the petition date compared to the current date. Yet, it offers no evidence of either value. Accordingly, the Medley 507 Administrative Motion must be denied.

### B. MEDLEY'S COLLATERAL IS NOT IMPAIRED BY EITHER PLAN AND CANNOT SHOW ANY HARM TO IT UNDER 507

The probable reason that Medley offers no evidence of impaired collateral values is that obviously Medley's position has not been harmed by the stay and, indeed, is not harmed by either plan. The Debtor's plan leaves their Medley's lien and claim in place, unimpaired. Medley is contesting the Debtor's plan and is instead seeking confirmation of its own plan where it agrees to a smaller lien/claim post-acquisition by VDMS in exchange for warrants in the newly combined entity. Medley's bargain is by its own choice and is not driven by anything in the Debtor's case, let alone an alleged drop in value of its collateral.

**C. CONFIRMATION SHOULD PROCEED WITHOUT DELAY**

The Committee specifically requests that Medley not be allowed to delay the proceedings where the Debtor and the trade creditors remain financially vulnerable and any chance of payment is further jeopardized by a delay in the confirmation proceedings and an eleventh hour, unproven administrative expense.

## III. CONCLUSION

Wherefore, the Committee respectfully requests that the Court deny the Motion.

Respectfully submitted,

DATED: May 21, 2019

**BRINKMAN PORTILLO RONK, APC**

**By:** *___/s/* Daren R. Brinkman________

Daren R. Brinkman
*Counsel for the Committee*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361

A true and correct copy of the foregoing document entitled (*specify*): COMMITTEE'S JOINDER IN DEBTORS' OPPOSITION TO MEDLEY CAPITAL CORPORATION AND MEDLEY OPPORTUNITY FUND II LP'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 21, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 21, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia Brand
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012
Bin outside of Suite 1382

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/21/2019 | Angelica Weiss | /s/ Angelica Weiss |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SERVICE LIST

Served electronically via NEF

- **David E Ahdoot** dahdoot@bushgottlieb.com, kireland@bushgottlieb.com
- **James C Bastian** jbastian@shbllp.com
- **Ron Bender** rb@lnbyb.com
- **Daren Brinkman** office@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com
- **William S Brody** wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- **Sara Chenetz** schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
- **Peter A Davidson** pdavidson@ecjlaw.com, amatsuoka@ecjlaw.com
- **W. Jeffery Fulton** jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com
- **Jeffrey F Gersh** jgersh@gershlegal.com, hnapier@gershlegal.com;jsedivy@gershlegal.com;hcory@stubbsalderton.com;jgersh@stubbsalderton.com;jsedivy@stubbsalderton.com
- **Asa S Hami** ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
- **Brian T Harvey** bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **Daniel P Hogan** dhogan@mccabehogan.com, dhogan460@gmail.com
- **Garrick A Hollander** ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **William W Huckins** whuckins@allenmatkins.com, clynch@allenmatkins.com
- **Robert A Julian** rjulian@winston.com, hhammon@winston.com
- **Lance N Jurich** ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com
- **David S Kupetz** dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **Lewis R Landau** Lew@Landaunet.com
- **Melissa Davis Lowe** mlowe@shbllp.com, avernon@shbllp.com
- **Alvin Mar** alvin.mar@usdoj.gov
- **David W. Meadows** david@davidwmeadowslaw.com

- **Elissa Miller**  emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
- **Susan I Montgomery**  susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- **Shane J Moses**  sjm@moseslaw.co
- **Austin P Nagel**  melissa@apnagellaw.com
- **Sean A OKeefe**  sokeefe@okeefelc.com, seanaokeefe@msn.com
- **Aleksandra Page**  apage@ecf.inforuptcy.com
- **Sayuj Panicker**  spanicker@counsel.lacounty.gov
- **Laura J Portillo**  office@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com
- **Justin E Rawlins**  jrawlins@winston.com, docketla@winston.com;justin-rawlins-0284@ecf.pacerpro.com
- **Vincent Renda**  vr@rendalawoffices.com, ld@rendalawoffices.com
- **Michael B Reynolds**  mreynolds@swlaw.com, kcollins@swlaw.com
- **Jason E Rios**  jrios@ffwplaw.com, scisneros@ffwplaw.com
- **Kevin C Ronk**  Kevin@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com
- **Andrea C Rosati**  andrea@fsgjlaw.com, linh@fsgjlaw.com
- **Lisa Seabron**  lseabron@weingarten.com
- **Ronald A Spinner**  spinner@millercanfield.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **Arvin Tseng**  atseng@troygould.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Christopher B Wick**  cwick@hahnlaw.com, lmay@hahnlaw.com
- **Latonia Williams**  lwilliams@goodwin.com, bankruptcy@goodwin.com
- **Rolf S Woolner**  rwoolner@winston.com, DocketSF@winston.com;pacercourtfile@winston.com;rolf-woolner-7959@ecf.pacerpro.com
- **Gabe P Wright**  GWRIGHT@hahnlaw.COM, mkanamori@hahnlaw.com
- **Claire K Wu**  ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com