**Lewis R. Landau (CA Bar No. 143391)**
**Attorney at Law**
23564 Calabasas Road, Suite 104
Calabasas, California 91302
Voice and Fax: (888)822-4340
Email: Lew@Landaunet.com

Attorney for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:17-bk-22432 WB |
| Point.360, a California corporation, | Chapter 11 |
| Debtor. | **DEBTOR'S POST-CONFIRMATION STATUS REPORT** |
| | Date: October 17, 2019 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 1375; Judge Brand |
| | US Bankruptcy Court |
| | 255 E. Temple Street, 13th Floor |
| | Los Angeles, California 90012 |

Point.360, a California corporation and reorganized debtor ("Debtor") hereby files the

Debtor's post-confirmation status report pursuant to Local Bankruptcy Rule 3020-1(b)(1)-(5) and

the June 11, 2019 Order Confirming Debtor's Second Amended Chapter 11 Plan as Modified

[ECF # 713] ("Confirmation Order").

1. **A schedule listing for each debt and each class of claims: the total amount required to be paid under the plan; the amount required to be paid as of the date of the report; the amount actually paid as of the date of the report; and the deficiency, if any, in required payments.**

   The schedule required by LBR 3020-1(b)(1) is attached hereto as Exhibit 1 and

incorporated herein by reference.

///

///

1
2

**2.  A schedule of any and all postconfirmation tax liabilities that have accrued or come due and a detailed explanation of payments thereon.**

3

4

5

6

7

8

9

10

11

12

13

14

Debtor is current on all post-confirmation tax liabilities.  Although not specifically a "tax liability," Debtor has not paid second or third quarter United States Trustee ("UST") fees and the UST has moved to convert or dismiss Debtor's case on this basis with a hearing set for November 7, 2019.  *See* ECF # 762.  Debtor has not paid post-confirmation UST fees on the grounds that the October 26, 2017 UST fee increase has been found unconstitutional, especially as applied to cases pending as of enactment.  Debtor's case was filed October 10, 2017.  *See* In re Buffets, LLC, 597 B.R. 588 (Bankr. W.D. Tex. 2019); In re Circuit City Stores, Inc., Case No. 08-35653-KRH, 2019 WL 3202203 (Bankr. E.D. Va. July 15, 2019); In re Life Partners Holdings, Inc., Case No. 15-40289-mxm-11 (Bankr. N.D. Tex. 2019); *contra* In re Clinton Nurseries, Inc., Case Nos. 17-31897 (JJT) (Bankr. D. Conn. 2019).  Debtor will shortly be filing an adversary proceeding for declaratory relief to determine the constitutionality of the UST fee increase and recover approximately $300,000 in excessive fee payments.

15

**3.  Debtor's projections as to its continuing ability to comply with the terms of the plan.**

16

Debtor projects that it has the continuing ability to comply with the terms of the Plan.

17

**4.  An estimate of the date for plan consummation and application for final decree.**

18

19

20

Debtor believes the plan is substantially consummated however entry of a final decree must await resolution of pending adversary proceedings.  Debtor estimates applying for a final decree in or about second quarter 2020.

21
22

**5.  Any other pertinent information needed to explain the progress toward completion of the confirmed plan.**

23

24

In addition to timely making all distributions required under the plan, the Debtor has consummated the plan as follows:

25

26

1.      The reorganized debtor has taken over management and operation of the estate and is continuing to operate in the ordinary course of business.

27

28

2.      Preconfirmation equity securities have been cancelled and Debtor's stock has been delisted.

3.      Debtor anticipates completing the auction of surplus Modern VideoFilm, Inc. property, plant and equipment within the next 30 days.

4.      Debtor is consolidating content services at the Burbank location, which will result in a headcount reduction as well as increased efficiency. Debtor expects such consolidation to be completed before year end 2019.  In addition the company has been able to significantly reduce its warehouse and storage space requirements resulting in substantial rent reduction. The company has also been renegotiating all of its telecommunication contracts to further reduce expenses.

5.      Debtor is making progress in its litigation with Medley Capital Corporation and Medley Opportunity Fund II, LP (collectively "Medley") in adversary proceeding 2:19-ap-01129 WB.  A pretrial conference is scheduled for February 18, 2020.

6.      The Court has set a hearing to rule upon the Debtor's motion for an award of prevailing party attorney's fees and costs against Medley for October 17, 2019 at 2:00 p.m.

Dated:  October 3, 2019                                   Respectfully submitted,

                                                         **Lewis R. Landau**
                                                         **Attorney at Law**


                                                         By:*/s/ Lewis R. Landau*
                                                         Lewis R. Landau
                                                         Attorney for Debtor

# EXHIBIT 1

**Point.360**
**Schedule of Claims and Payments**
**Updated at 10/3/2019**

| Class # | Class Description | Total Amount Required To be Paid Under Plan | Total Amount Required To be Paid at 10/3/2019 | Total Amount Paid at 10/3/2019 | Remaining Due |
|---|---|---|---|---|---|
| 1 | Austin Financial Services | 2,475,676.48 | 2,475,676.48 | 2,475,676.48 | - |
| 2 | Medley Capital Corporation Medley Opportunity Fund II, LP | 6,572,764.28 | - | - | |
| 3 | Priority Wages, Commissions Salary Claims | 92,685.13 | 92,685.13 | 92,685.13 | - |
| 4 | United Health Insurance Co Employee Benefit Plan | 142,152.77 | 98,677.36 | 98,677.36 | - |
| 5 | SAG-AFTRA and SAG-AFTRA Health Fund | 37,466.75 | 20,000.00 | 20,000.00 | - |
| 6 | General Unsecured Claims | 1,699,695.01 | 100,000.00 | 100,000.00 | - |
| 7 | Convenience Class of Unsecured Claims | 52,467.00 | 39,368.34 | 39,368.34 | - |
| 8 | Wilcon Holdings, LLC; Crown Castle Fiber | 124,274.69 | 124,274.69 | 124,274.69 | - |
| 9 | Equity Security Holders | - | - | - | - |
| PROFESSIONALS | Lewis R. Landau | 191,505.55 | 191,505.55 | 30,000.00 | 161,505.55 |
| | Brinkman Portillo Ronk, APC | 418,260.76 | 418,260.76 | 52,000.00 | 366,260.76 |
| | GlassRatner Advisory & Capital | 250,747.28 | 250,747.28 | 47,500.00 | 203,247.28 |
| | Daniel P. Hogan Attorney at Law | 1,470.00 | 1,470.00 | 1,470.00 | - |
| | TroyGould, P.C. | 23,985.16 | 23,985.16 | 20,000.00 | 3,985.16 |
| | Clerk's Office Fees & Miscellaneous | - | - | - | |
| | Office of the U.S. Trustee Fees | TBD | 86,658.43 | - | 86,658.43 |
| PRIORITY TAX | Los Angeles County | 148,219.54 | 17,416.00 | 17,416.00 | - |
| | IRS | 1,000.00 | 1,000.00 | 1,000.00 | - |
| | FTB | 800.00 | 800.00 | 800.00 | - |
| | County of Orange | 1,802.80 | 1,802.80 | 1,802.80 | - |
| LEASE ASSUMPTIONS | Leafs Properties, LP | 152,461.60 | 152,461.60 | 152,461.60 | - |
| | HWAY, LLC | 803,926.13 | - | - | - |
| | Toyota Lease Trust | 5,435.92 | 5,435.92 | 5,435.92 | - |
| | De Lage Landen Financial | 8,972.05 | 8,972.05 | 8,972.05 | - |
| | Jules & Associates | 34,558.00 | 34,558.00 | 34,558.00 | - |
| | Wells Fargo | 13064.93 | 13,064.93 | 13,064.93 | - |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

22287 Mulholland Hwy., # 318
Calabasas, CA 91302

A true and correct copy of the foregoing document entitled (*specify*): _____
Debtor's Postconfirmation Status Report _____
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
___10/03/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___10/03/2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

 Judge Brand, US Bankruptcy Court, 255 E Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/03/2019    Lewis R. Landau _____        /s/ Lewis R. Landau _____
*Date*            *Printed Name*                              *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**Ponit.360 NEF Service List:**

David E Ahdoot on behalf of Creditor AFTRA Retirement Fund dahdoot@bushgottlieb.com, kireland@bushgottlieb.com

David E Ahdoot on behalf of Creditor SAG-AFTRA dahdoot@bushgottlieb.com, kireland@bushgottlieb.com

David E Ahdoot on behalf of Creditor SAG-AFTRA Health Fund dahdoot@bushgottlieb.com, kireland@bushgottlieb.com

James C Bastian, Jr on behalf of Creditor HWAY LLC jbastian@shbllp.com

Ron Bender on behalf of Interested Party Courtesy NEF rb@lnbyb.com

Ron Bender on behalf of Interested Party Visual Data Media Services, Inc. rb@lnbyb.com

Daren Brinkman on behalf of Creditor Committee Official Committee Unsecured Creditors office@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com

Daren Brinkman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Point.360, A California Corporation office@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com

Daren Brinkman on behalf of Plaintiff Committee of Creditors Holding Unsecured Claims office@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com

William S Brody on behalf of Creditor Austin Financial Services, Inc. wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

Peter A Davidson on behalf of Interested Party Courtesy NEF pdavidson@ecjlaw.com, amatsuoka@ecjlaw.com

W. Jeffery Fulton on behalf of Creditor US Bank National Association jeff@jefffultonlaw.com, Yvonne@jefffultonlaw.com

Jeffrey F Gersh on behalf of Interested Party Visual Data Media Services, Inc. jgersh@gershlegal.com,
hnapier@gershlegal.com;jsedivy@gershlegal.com;hcory@stubbsalderton.com;jgersh@stubbsalderton.com;jsedivy@stubbsalderton.com

Asa S Hami on behalf of Interested Party Visual Data Media Services, Inc. ahami@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

Brian T Harvey on behalf of Creditor Austin Financial Services, Inc. bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

Daniel P Hogan on behalf of Debtor Point.360, a California Corporation dhogan@mccabehogan.com, dhogan460@gmail.com

Garrick A Hollander on behalf of Interested Party Modern VideoFilm, Inc. ghollander@wcghlaw.com,
pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com

William W Huckins on behalf of Creditor REEP-OFC 2300 Empire CA LLC whuckins@allenmatkins.com, clynch@allenmatkins.com

Robert A Julian on behalf of Defendant Deloitte Corporate Finance, LLC rjulian@winston.com, hhammon@winston.com

Lance N Jurich on behalf of Defendant Deloitte Corporate Finance, LLC ljurich@loeb.com,
karnote@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com

David S Kupetz on behalf of Interested Party Visual Data Media Services, Inc. dkupetz@sulmeyerlaw.com,
dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

Lewis R Landau on behalf of Debtor Point.360, a California Corporation Lew@Landaunet.com

Lewis R Landau on behalf of Plaintiff Committee of Creditors Holding Unsecured Claims Lew@Landaunet.com

Lewis R Landau on behalf of Plaintiff Point.360, a California Corporation Lew@Landaunet.com

Melissa Davis Lowe on behalf of Creditor HWAY LLC mlowe@shbllp.com, sswartzell@shbllp.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA) alvin.mar@usdoj.gov

David W. Meadows on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

Elissa Miller on behalf of Interested Party Courtesy NEF emiller@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Elissa Miller on behalf of Interested Party Visual Data Media Services, Inc. emiller@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Shane J Moses on behalf of Interested Party Courtesy NEF smoses@foley.com

Austin P Nagel on behalf of Creditor Toyota Motor Credit Corporation, servicing agent for Toyota Lease Trust melissa@apnagellaw.com

Sean A OKeefe on behalf of Creditor HARBOR CENTER PARTNERS, L.P. sokeefe@okeefelc.com, seanaokeefe@msn.com

Juliet Y Oh on behalf of Interested Party Moshe Barkat jyo@lnbrb.com, jyo@lnbrb.com

Aleksandra Page on behalf of Creditor BB&T apage@ecf.inforuptcy.com

Sayuj Panicker on behalf of Creditor Los Angeles County Treasurer and Tax Collector spanicker@counsel.lacounty.gov

Sayuj Panicker on behalf of Interested Party Courtesy NEF spanicker@counsel.lacounty.gov

Laura J Portillo on behalf of Creditor Committee Official Committee Unsecured Creditors office@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com

Laura J Portillo on behalf of Creditor Committee Official Committee of Unsecured Creditors of Point.360, A California Corporation office@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com

Justin E Rawlins on behalf of Creditor Medley Capital Corporation jrawlins@winston.com, ecf_la@winston.com;justin-rawlins-0284@ecf.pacerpro.com

Justin E Rawlins on behalf of Creditor Medley Opportunity Fund II LP jrawlins@winston.com, ecf_la@winston.com;justin-rawlins-0284@ecf.pacerpro.com

Justin E Rawlins on behalf of Defendant Medley Capital Corporation jrawlins@winston.com, ecf_la@winston.com;justin-rawlins-0284@ecf.pacerpro.com

Justin E Rawlins on behalf of Defendant Medley Opportunity Fund II LP jrawlins@winston.com, ecf_la@winston.com;justin-rawlins-0284@ecf.pacerpro.com

Vincent Renda on behalf of Creditor Leafs Properties, LP vr@rendalawoffices.com, ld@rendalawoffices.com

Michael B Reynolds on behalf of Creditor California Physicians' Service, dba Blue Shield of California mreynolds@swlaw.com, kcollins@swlaw.com Jason E Rios on behalf of Interested Party CVF Capital Partners, Inc., Central Valley Fund III (SIBC), LP and Central Valley Fund II, LP jrios@ffwplaw.com, scisneros@ffwplaw.com

Kevin C Ronk on behalf of Creditor Committee Official Committee Unsecured Creditors Kevin@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com

Andrea C Rosati on behalf of Creditor LEAFS LP andrea@fsgjlaw.com, linh@fsgjlaw.com

Lisa Seabron on behalf of Creditor WRI West Gate South, L.P. lseabron@weingarten.com

Ronald A Spinner on behalf of Creditor Softitler dba Deluxe Localization Sfera spinner@millercanfield.com

Andrew Still on behalf of Creditor California Physicians' Service, dba Blue Shield of California astill@swlaw.com, kcollins@swlaw.com

Arvin Tseng on behalf of Creditor TROY / GOULD PC atseng@troygould.com, kjm@troygould.com;reh@troygould.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Christopher B Wick on behalf of Creditor Crown Communication Inc. cwick@hahnlaw.com, lmay@hahnlaw.com

Latonia Williams on behalf of Creditor UnitedHealthcare Insurance Company lwilliams@goodwin.com, bankruptcy@goodwin.com

Rolf S Woolner on behalf of Creditor Medley Capital Corporation rwoolner@winston.com, ecf_sf@winston.com;pacercourtfile@winston.com;rolf-woolner-7959@ecf.pacerpro.com

Rolf S Woolner on behalf of Creditor Medley Opportunity Fund II LP rwoolner@winston.com, ecf_sf@winston.com;pacercourtfile@winston.com;rolf-woolner-7959@ecf.pacerpro.com

Gabe P Wright on behalf of Creditor Crown Communication Inc. GWRIGHT@hahnlaw.COM, mkanamori@hahnlaw.com

Claire K Wu on behalf of Interested Party Visual Data Media Services, Inc. ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com